No. 94–6138.  BRANCH *v.* KEOHANE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 94–6149.  MOLINA *v.* IDAHO.  Ct. App. Idaho.  Certiorari denied.

No. 94–6170.  BARTLETT *v.* ORTIZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 94–6172.  BURRESS *v.* PRESBYTERIAN CHURCH ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 94–6205.  KNAPP *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–6258.  SCHOMER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–6272.  BECTON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 94–6302.  ALLEN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 94–6306.  SHACKLEFORD *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–6309.  PINOCHET *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 94–6313.  MYERS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–6314.  PRIETO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–6319.  HIRATANI *v.* DEPARTMENT OF THE TREASURY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–6320.  GOMEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–6321.  KRAMM *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–6324.  BRUNING *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.